Jason Ellsworth Coapland 119851
*(full name/prisoner number)*
Ada County Jail
7210 Barrister Dr.
Boise Id 83704-9217
*(complete mailing address)*

FILED ___ RECEIVED ___
2017 MAR -1 AM 10: 53
US COURTS
BOISE, ID

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Jason Ellsworth Coapland,
*(full name)*
Plaintiff,

v.

Telmate, LLC / Ada County
P.O. Box 1137 / Jail
Fruitland, Idaho 83619
Richard D. Torgersrud - CEO

Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No. 1:17cv92 - CWD
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ☒ Yes ☐ No

**A. JURISDICTION**

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply)*:

- ☑ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
- ☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
- ☐ Other federal statute *(specify)* ______________; or diversity of citizenship.
- ☐ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

**B. PLAINTIFF**

My name is Jason Coapland. I am a citizen of the State of Idaho, presently residing at Ada County Jail, Boise, Idaho, 7210 Barrister Dr.

 *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Richard D Torgersrud (*defendant*), who was acting as CEO (*job title, if a person; function, if an entity*) for the TelMate, LLC (*state, county, city, federal government, or private entity performing a public function*).

2. *(Factual Basis of Claim)* I am complaining that on 2-4-16 to present 2-17 (*dates*), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
Forceing myself, Jason Coapland, and every inmate in Ada County Jail, to use this Telmate Machine for kites, grievances, and all jail correspondence, and LEGAL WORK without providing any form of paper copy. All I do connected to this facility, is via this Telmate machine, that I am refused copies of. I have a limited 7 hours a week access to this machine, while staff has continuous access to it. How can I prove I've exhausted the grievance process here when I am being refused paper copies of ALL MY LEGAL WORK on this Telmate machine.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
How can I be refused paper documents of all the inmate requests, complaints, and needs I am forced to use this Telmate machine for?

4. I allege that I suffered the following injury or damages as a result:
If I am not properly clothed, fed, receiving medical care, housed, and all of the other rights I still have, how can I prove I have grieved these issue's. Absolutely all paperwork I generate through this jail has to be done via Telmate. I have no proof and am refused copies.

5. I seek the following relief: I want Telmate removed from this facility, paper copies of all I have done via telmate, and monetary compensation for 1 year of this treatment.

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. Kited and grieved the entire Telmate system, lack of copies, etc. Problem; all complaints must be done via the Telmate, which I have been nothing but refused paper copies of! What alternative?

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do Ø do not O request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

The only educated employment I ever had was as a plumber. I don't think that schooling/apprenticeship will assist me in a civil action in Court. I am just not aware of all my options in pursuing this matter. I just don't know the laws.

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on ________*(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on 2-22-17 *(date)*; OR *(specify other method)*
________________.

Executed at Ada County Jail *(Location)* on 2-22-17 *(Date)*.

[signature]
*Plaintiff's Original Signature*

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*